**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **ASHWOOD COMPUTER CO., INC.,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 1:20-cv-00029** |
| | : | |
| **v.** | : | **Judge Michael R. Barrett** |
| | : | |
| **ZUMASYS, INC., et al.,** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER GRANTING DEFENDANT COOK INCORPORATED'S AMENDED MOTION**
**FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

This matter comes before the Court on Defendant Cook Incorporated's ("Cook") Amended Motion for Leave to File Documents Under Seal (Doc. 124) ("Motion") pursuant to Local Rule 5.2.1(a) and the Stipulated Protective Order (Doc. 107) ("SPO") in this case. Specifically, Plaintiff Ashwood Computer Co., Inc. ("Ashwood") advised Cook, pursuant to § 8 of the SPO, that it anticipated that it may file certain documents in support of forthcoming motions for summary judgment. In turn, also pursuant to § 8 of the SPO, Cook requests to maintain the confidentiality of certain identified documents listed in its Motion, seeking to require Ashwood to file redacted copies of the documents that Cook will provide Ashwood or otherwise require Ashwood to file the documents under seal.

The Court, having reviewed the matter and being duly advised, now finds that: (1) Cook has shown a compelling interest in redacting or sealing the documents as described in its Amended Motion for Leave to File Documents Under Seal (Doc. 124); (2) Cook's interest in redacting or sealing those documents outweighs the public's interest in accessing them; and (3) Cook's request to seal is narrowly tailored. Accordingly, Cook has shown good cause for its request to maintain those documents under seal, and the Court GRANTS said Motion (Doc. 124).

1

If Plaintiff uses COOK-007774, COOK-007794, COOK-007867, or COOK-007870 in support of any submission to this Court, it shall file those documents under seal. Further, if Plaintiff uses any of the documents listed below, it shall publicly file the redacted copies to be provided by Cook and, if necessary, file any unredacted copy under seal. *See also* Amended Exhibit A (Doc. 124-1) to Amended Motion for Leave to File Documents Under Seal.

| | | |
|---|---|---|
| COOK-002020 | COOK-007833 | COOK-007847 |
| COOK-006193 | COOK-007835 | COOK-007848 |
| COOK-006207 | COOK-007836 | COOK-007849 |
| COOK-006221 | COOK-007837 | COOK-007851 |
| COOK-006618 | COOK-007838 | COOK-007852 |
| COOK-007825 | COOK-007839 | COOK-007853 |
| COOK-007826 | COOK-007840 | COOK-007854 |
| COOK-007827 | COOK-007841 | COOK-007860 |
| COOK-007828 | COOK-007842 | ZUM0004745 |
| COOK-007829 | COOK-007843 | ZUM0004766 |
| COOK-007830 | COOK-007844 | ZUM0016950 |
| COOK-007831 | COOK-007845 | |
| COOK-007832 | COOK-007846 | |

**IT IS SO ORDERED.**

Date: June 4, 2026

/s/ *Michael R. Barrett*
UNITED STATES DISTRICT JUDGE

2